LOUISE R. HENDRIX ET AL. *v.* CLIFFORD R. HENDRIX, JR.

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Fairfield County is dismissed.

The motion by the defendant to set aside the judgment of the Superior Court in Fairfield County is dismissed.

No appearance for any of the parties.

Decided June 2, 1970

LILLIAN R. VIETTS ET AL., EXECUTORS (ESTATE OF H. LEON VIETTS) *v.* JAMES P. HELLYAR ET AL.

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Hartford County is granted.

*P. Corbin Kohn,* for the appellees (plaintiffs).

*Emanuel N. Psarakis,* for the named defendant.